**NOT FOR PUBLICATION OR CITATION**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### ASHLAND

CIVIL ACTION NO. 05-CV-203-HRW

NORBERT STEVEN WILCOX                                           PLAINTIFF

## **MEMORANDUM OPINION AND ORDER**

JIMMY L. HILL                                                   DEFENDANTS

Norbert Steven Wilcox, an individual currently incarcerated at the Eastern Kentucky Correctional Complex ("EKCC") in West Liberty, Kentucky, filed a *pro se* complaint under 42 U.S.C. §1983 in the Western District of Kentucky, but neither paid the $250.00 filing fee nor submitted documentation to proceed *in forma pauperis*. *Wilcox v. Hill*, 3:05-CV-687-H. The case was transferred to this Court from the Western District by order of that court dated October 27, 2005. [Record 1].

In this Court's deficiency order dated November 9, 2005 [Record No. 2], the Court advised Plaintiff that he needed to provide the Court with (1) an affidavit of assets/*in forma pauperis* application; (2) a "Certificate of Inmate Account" for the six-month period preceding the filing of the petition; (3) allegations that he had exhausted his administrative remedies; and (4) a signed complaint form. The Court further advised Plaintiff that if the required documents were not filed within thirty (30) days, the case would be dismissed for want of prosecution.

The plaintiff has not filed any of the documents identified in the deficiency order, and the time for doing so has expired without an appropriate motion for extension of time having been filed.

1

Accordingly, being sufficiently advised, it is hereby

ORDERED as follows:

(1)      This action is **DISMISSED** for want of prosecution. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *Truitt v. Wayne County*, 148 F.3d 644, 648 (6th Cir. 1998).

(2)      This is a **FINAL** and **APPEALABLE** order.

(3)      Judgment shall be entered contemporaneously with this memorandum opinion in favor of the defendant.

(4)      The Court certifies that any appeal would not be taken in good faith.  28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

This the __3__ day of January, 2006.

HENRY R. WILHOIT, JR.
SENIOR U. S. DISTRICT JUDGE